BETTY TOLES, Respondent, v KENNETH STUART et al., Appellants, et al., Defendants. [869 NYS2d 345]

There are issues of fact requiring the denial of summary judgment (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]). Fisher, J.P., Angiolillo, Dickerson and Belen, JJ., concur.